ORIGINAL

RECEIVED
SEP 20 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
5860 Chicago Ridge, LLC

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs

Name of the attorney of record (See RCFC 83.1(c)): Laurence Schor

Firm Name: McManus, Schor, Asmar & Darden, L.L.P.

Post Office Box:

07-680 C

Street Address: 1155 Fifteenth Street, N.W. Suite 900

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: 202-296-9260; 202-659-3732

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions

Nature of Suit Code: 1 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: G S A
See attached sheet for three-digit codes

Amount Claimed: $4,000,000.00
Use estimate if specific amount is not pleaded

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2