IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 5860 Chicago Ridge LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-680<br>(Judge Allegra) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 30 days, to and including December 19, 2007, within which to respond to the complaint. Our response is presently due on November 19, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Upon assignment of this matter, defendant's counsel promptly requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Agency counsel recently informed us, however, that additional time will be necessary for that agency to provide its litigation report. Agency counsel has assured defendant's counsel that the agency expects to deliver its litigation report on or before November 30, 2007. Upon receipt of the litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that an additional 30 days will be required to prepare our

response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

November 14, 2007

CERTIFICATE OF FILING

I hereby certify that on this 14th day of November 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler