# In The United States Court of Federal Claims

No. 07-680C

(Filed: March 6, 2008)

5860 CHICAGO RIDGE, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 5, 2008, a preliminary status conference was held in this case. Participating in the conference were Laurence Schor, for plaintiff, and Robert E. Chandler, for defendant. Consistent with discussions during the conference, the discovery schedule is as follows:

1. On or before June 13 2008, fact discovery shall close;
2. On or before June 24, 2008, parties shall disclose their experts;
3. On or before August 8, 2008, parties shall disclose expert reports;
4. On or before September 19, 2008, all discovery shall close;
5. On or before October 3, 2008, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge