# In The United States Court of Federal Claims

No. 07-680C

(Filed: June 16, 2008)

5860 CHICAGO RIDGE, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 6, 2008, defendant filed a motion to extend time for discovery by sixty days. On June 10, 2006, plaintiff opposed the motion. The motion is hereby **GRANTED** in part, and **DENIED** in part. Accordingly:

1. On or before July 14, 2008, fact discovery shall close;

2. On or before July 25, 2008, parties shall disclose their experts;

3. On or before September 8, 2008, parties shall disclose expert reports;

4. On or before October 20, 2008, all discovery shall close;

5. On or before November 3, 2008, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge