GSA

GSA Great Lakes Region

May 18, 2007

VIA FEDERAL EXPRESS AND FAX

Mr. Daniel R. Drew
Drew Management Company
800 E. Northwest Hwy.
Palatine, IL 60074

Re: Lease No. GS-05B-17003 ("Lease") between 5860 Chicago Ridge, LLC ("Lessor") and the United States of America ("Government") acting by the General Services Administration ("GSA") for the Premises occupied by the Internal Revenue Service ("IRS") at 5860 West 111th Street, Chicago Ridge, Illinois ("Premises")

Dear Mr. Drew:

IRS took occupancy of the subject build-to-suit facility on June 25, 2004, and has, from that date, continued to experience water leakage. On each occurrence, the Lessor has received notice. (See attached letters dated January 25, 2005, January 27, 2005, February 8, 2005, June 6, 2006, August 16, 2006, August 24, 2006, September 18, 2006, October 6, 2006, December 22, 2006 and April 27, 2007.) In GSA's final letter dated April 27, 2007, I requested complete remediation of the water leakage problems by May 11, 2007.

To date, the Lessor has failed to remediate the water leakage issues and has not shown cause as to why the Government should not terminate Lease No. GS-05B-17003. An e-mail response was received from you on May 3, 2007 stating that it would not be possible to comply with the May 11th remediation deadline, and "...the proper course of action will require an entire new roof SYSTEM..." You also stated that, "The requisite planning alone will be more than a month past your deadline...and...would not put a solution in view until the end of the summer." A copy of the May 3, 2007 email is attached.

During our telephone conversation of May 3, 2007, you stated that the building had a lot of problems and that it was a defective building. During their entire tenancy at these Premises, the IRS has endured too many interruptions of business and cannot continue to operate in this manner.

The lease clause, "Default by Lessor During the Term" (552.270-22) states:

> "Failure to maintain, repair, operate or service the premises as and when specified in this lease, or failure to perform any other requirement of this lease as and when required provided any such failure shall remain uncured for a period of thirty (30) days next following Lessor's receipt of notice thereof from the Contracting Officer or an authorized representative. Repeated and unexcused failure by Lessor to comply with one or more requirements of this lease shall constitute a default notwithstanding that one or all such failures shall have been timely cured pursuant to this clause. If a default occurs, the Government may, by

notice to Lessor, terminate this lease for default and if so terminated, the Government shall be entitled to the damages specified in the Default in Delivery-Time Extension clause."

It is the decision of the undersigned that the Lessor's right to proceed with the performance of Lease No. GS-05B-17003 is hereby terminated for cause pursuant to Default by Lessor During the Term Clause 552.270.22. In the Government's claim for damages, we reserve all rights and remedies provided by law or under this contract, in addition to its entitlement to reimbursement of excess reprocurement costs. Excess costs include, but are not limited to, any excess of the reprocurement price over the contract price, and related administrative, technical, and travel costs incurred in the reprocurement process.

Pursuant to Section 33.211 of the Federal Acquisition Regulation (FAR), this is the final decision of the Contracting Officer. The Lessor may appeal this decision to the Civilian Board of Contract Appeals ("Board"). If Lessor decides to appeal, they must, within 90 days from the date of receipt of this decision, mail or otherwise furnish written notice to the Board and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. Appeals to the Board, by Lessor may, solely at Lessor's election, proceed under the Board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Alternately, Lessor may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S. C. 603, regarding Maritime Contracts) within 12 months from the date of receipt of this decision.

At this time, GSA has started the procurement process to seek new space for the IRS who will then vacate their current premises when new office space is ready. Should you have any questions, please feel free to contact me at 312-353-1049.

Sincerely,

Malinda E. Pennington

MALINDA E. PENNINGTON
OFFICE OF CUSTOMER SOLUTIONS
Contracting Officer

Attachments