# In The United States Court of Federal Claims

No. 07-680C

(Filed: June 26, 2008)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On June 16, 2008, defendant filed a motion to extend time for fact discovery. On June 23, 2008, defendant filed a motion to compel deposition testimony. Plaintiff opposes these motions. The current discovery schedule requires that these motions be decided in an expedited fashion. Accordingly, on or before July 2, 2008, by 4:00 p.m. (EDT) plaintiff shall file its responses to both motions. The court reminds the parties that failure to resolve discovery disputes in a reasonable manner may lead to the imposition of sanctions.

      **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra  
                                                          Francis M. Allegra  
                                                          Judge