Case 1:07-cv-00680-PWA Document 18-2 Filed 06/30/2008 Page 1 of 1

**From:** Larry Schor
**To:** Robert (CIV) Chandler
**CC:** Jeanne Anderson; Susan Schor
**Date:** 6/19/2008 1:30 PM
**Subject:** 5860 Chicago Ridge

Rob -

This is with regard to your threatened motion to the Court in which you will claim a right to invade the attorney - client privilege between this firm and Tom Boucher. I am supplementing my statement on the record during Mr. Boucher's deposition to inform you that Tom Boucher is the Trustee of the Daniel R. Drew 1998 Children's Trust, which is a Member of the 5860 Chicago Ridge LLC. Thus, any discussions between Tom and this firm are clearly protected by the attorney-client privilege. Relevant, non-privileged supporting documents will be provided in response to your second request for documents.

Should you persist in your efforts to secure details of discussions between Tom Boucher and lawyers in this firm, including by filing a motion to compel disclosure thereof, we will oppose it and seek appropriate sanctions.

Larry