IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **5860 CHICAGO RIDGE, LLC.**<br>**2428 West Bloomingdale**<br>**Chicago, IL 60647**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES**<br><br>**Defendant.** | **Case No.: Case No.: 07-680C**<br>**Judge Allegra** |

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Rule 26 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff 5860 Chicago Ridge Road ("Chicago") hereby submits its initial disclosures.

**(A)** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

Dan Drew
5860 Chicago Ridge LLC
2428 West Bloomingdale
Chicago, IL 60647
Tel: 773-230-6699

Mr. Drew is knowledgeable concerning all matters alleged in the Complaint.

Tom Boucher
800 E. Northwest Highway, Suite 700
Palatine, IL 60074847-705-3861
Tel: 847-705-3861

Mr. Boucher is knowledgeable concerning all matters alleged in the Complaint.

Tony Lombardo

Chicagoland Commercial Real Estate Management LLC
1240 W. Northwest Highway
Palatine, IL 60067
Tel: 847-438-4300

Mr. Lombardo is knowledgeable concerning problems in the building, repairs, difficulty in obtaining access to the building to accomplish repairs, and other buildings leased to GSA by Drew.

**(B)** a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Documents related to the Complaint allegations, not privileged, are located at the offices of McManus, Schor, Asmar and Darden and may be inspected at a time mutually agreed upon by the parties.

**(C)** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

(1) Attachment A is an Excel spreadsheet containing the computation of damages for rents lost due to the wrongful termination for default in the amount of $2,962,910.00.

(2) Attachment B, "Delinquency Report", represents underpayments in the form of GSA's improper rental reductions in the amount of $4,711 per month for the period from October 2006 to January 2008. This report shows a total amount of $73,538.58 improperly withheld by GSA for which Plaintiff makes claim.

(3) A certified claim for termination for convenience damages was submitted to the GSA Contracting Officer and that claim identified plaintiff's potential loss of equity in the building of $1 Million should the Lender foreclose on the building.

Any other documents, not privileged, relating to the computation of damages are located at the offices of McManus, Schor, Asmar & Darden and may be inspected at a time mutually agreed upon by the parties.

Respectfully submitted,

Date: February 15, 2008

Laurence Schor, D.C.
lschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
202-296-9260
202-659-3732 fax
Counsel of Record for Chicago Ridge, LLC

Of Counsel:
Susan L. Schor
sschor@msadlaw.com
Jeanne A. Anderson
janderson@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.

Attachments

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by e-mail and first class mail, postage prepaid, this 15th day of February 2008 on:

Robert E. Chandler
U.S. Department of Justice
Civil Division
1100 L St., N.W.
Washington, D.C. 20530
Counsel for the Defendant

Laurence Schor

**CLAIM OF 5860 CHICAGO RIDGE, LLC UNDER LEASE NO. GS-05BC-17003 FOR WRONGFUL TERMINATION**

**I - I. NET RENT LOSS**

| | *Initial Year* | *Year 3* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Future Years | | | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Gross | ***$546,307*** | ***$554,052*** | $558,207 | $562,394 | $566,612 | $570,861 | $575,143 | $579,457 | $583,802 |
| Operating Expenses | ***$95,567*** | ***$94,600*** | $100,000 | $103,000 | $106,090 | $109,273 | $112,551 | $115,927 | $119,405 |
| | | | $458,207 | | | | | | |
| Net (inclusive of taxes) | ***$450,740*** | ***$459,452*** | $190,188 | $459,394 | $460,522 | $461,589 | $462,592 | $463,529 | $464,397 |

**Net Rent lost from Jan 08 is composed of years 5-10 and five months(Feb-June) of lease year 4 and totals $2,962,911.**

Actual Expenses/Rent are shown in Bold
Subsequent future years: Gross escalates by 0.75 per cent per year
Expenses are started from a more conservative base and escalated at 3 per cent per year.

**II. LOSS OF EQUITY**

Claimant anticipates that the GSA breach and the cessation of rent payments will result in Claimant's loss of ownership to its lender. 5860 Chicago Ridge has analyzed the current local rental market and property utilization and does not foresee an opportunity to relet the building to a single tenant, paying the rental rate now paid by GSA. To relet the building to smaller private entities taking portions of the building, would require substantial remodeling of the current configuration and would increase the likelihood of vacant and unrented space. 5860 Chicago Ridge does not have the financial capability to overcome this financial reversal and anticipates losing its equity in the property. We do not know when the loss will occur but its occurrence will result in a loss of $1,000,000.oo for which claim is made herein.

**III. POTENTIAL ADDITIONAL LOSSES**

5860 Chicago Ridge anticipates that it may incur additional losses as a direct result of GSA's breach of the Lease and will submit claims for those losses should they occur.

2/1/2008
User: BRYAN

**Chicagoland Commercial RE Mgt., LLC.**

12:00:50PM
Page 1 of 2

# Delinquency / Aging Report (Detailed)

**Property :** 5860 Chicago Ridge, LLC
5860 Chicago Ridge, IL 60145

as of 02/01/2008

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | 1 | General Services Admin. | 0.00 | 87,671.58 | 4,711.00 | 4,711.00 | 4,711.00 | 73,538.58 |

| INVOICE NUMBER | CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| | RNT | Monthly Rent | 11/01/2006 | | | | 12,295.58 |
| | RNT | Monthly Rent | 12/01/2006 | | | | 9,422.00 |
| | RNT | Monthly Rent | 01/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 02/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 03/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 04/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 05/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 06/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 07/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 08/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 09/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 10/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 11/01/2007 | | | | 4,711.00 |
| | RNT | Monthly Rent | 12/01/2007 | | | 4,711.00 | |
| | RNT | Monthly Rent | 01/01/2008 | | 4,711.00 | | |
| | RNT | Monthly Rent | 02/01/2008 | 4,711.00 | | | |

**Chicagoland Commercial RE Mgt., LLC.**

# Delinquency / Aging Report
# (Detailed)

**Property :** 5860 Chicago Ridge, LLC
5860 Chicago Ridge, IL 60145

as of 02/01/2008

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1 - 30 DAYS | AGED 31 - 60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| **PROPERTY TOTALS** | | | 0.00 | 87,671.58 | 4,711.00 | 4,711.00 | 4,711.00 | 73,538.58 |

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE TOTAL | | | | |
|---|---|---|---|---|---|---|
| RNT | Monthly Rent | 87,671.58 | 4,711.00 | 4,711.00 | 4,711.00 | 73,538.58 |