**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **5860 CHICAGO RIDGE, LLC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES**<br><br>**Defendant.** | **Case No.: 07-680C**<br>**Judge Allegra** |

**DEFENDANT'S DISCLOSURE OF ANTICIPATED DEPONENTS PURSUANT TO THE COURT'S ORDER OF JULY 3, 2008**

Pursuant to the Court's order of July 3, 2008, the United States respectfully submits the following list of persons it anticipates deposing in the above-captioned matter:

1. **Thomas Boucher;**

2. **5860 Chicago Ridge LLC**, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims ("RCFC");

3. **Drew Management, Inc.**, pursuant to RCFC 30(b)(6);

4. **Al Guidice;**

5. **Gabriella Casillas;**

6. **Daniel R. Drew –** In his initial deposition, Mr. Drew refused to testify about certain matters he erroneously claimed were subject to the attorney-client privilege. The United States anticipates deposing Mr. Drew with regard to these matters;

7. **Laurence Schor –** The United States anticipates deposing Mr. Schor if, and only if, it is necessary following the deposition of Mr. Drew.

The deponents identified above represent all persons or entities that the United States presently anticipates deposing in this matter. The Government reserves its right to take the depositions of other persons or entities as permitted by the RCFC.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

July 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of July 2008, a copy of the foregoing "DEFENDANT'S DISCLOSURE OF ANTICIPATED DEPONENTS PURSUANT TO THE COURT'S ORDER OF JULY 3, 2008" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler