# In The United States Court of Federal Claims

No. 07-680C

(Filed: August 12, 2008)

---

5860 CHICAGO RIDGE, LLC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A telephonic status conference will be held in this case on Tuesday, August 19, 2008, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge