# In The United States Court of Federal Claims

No. 07-680C

(Filed: August 28, 2008)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On August 19, 2008, a telephonic status conference was held in this case. Participating in the conference were Laurence Schor, on behalf of plaintiff; and Robert E. Chandler, on behalf of defendant. The parties discussed the pending motions in this case. In lieu of hearing oral argument on the pending motions, the case shall be **STAYED** while the parties discuss a possible settlement agreement. Accordingly, on or before October 10, 2008, the parties shall file a joint status report indicating how this case should proceed.

      **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra  
                                          Francis M. Allegra  
                                          Judge