# In The United States Court of Federal Claims

No. 07-680C

(Filed: October 20, 2008)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 10, 2008, the parties filed a joint status report stating that further settlement discussions would not be productive, leading the parties to request the court to lift the stay in this case so that litigation may proceed. Accordingly, the court hereby restores this case to the active docket.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge