# In The United States Court of Federal Claims

No. 07-680C

(Filed: May 5, 2009)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 23, 2009, the court issued an opinion dismissing plaintiff's monetary claims for lack of jurisdiction while retaining jurisdiction over plaintiff's default termination claim. Accordingly, on or before June 4, 2009, and every 28-days thereafter, plaintiff shall file a status report indicating the status of its monetary claims.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge