# In The United States Court of Federal Claims

Nos. 07-680C & 09-576C

(Filed: January 19, 2010)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 19, 2009, defendant filed a motion to amend scheduling order, requesting an additional two months to complete discovery in this case. The motion is hereby **GRANTED**, and the discovery schedule is modified as follows:

1. On or before March 29, 2010, fact discovery shall be completed;

2. On or before May 28, 2010, expert discovery shall be completed; and

3. On or before June 11, 2010, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge