# In The United States Court of Federal Claims

No. 07-680C

(Filed:  March 25, 2010)

_____

5860 CHICAGO RIDGE, LLC.,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On March 19, 2009, defendant filed its second motion to amend the scheduling order. The motion is hereby **GRANTED**, and the discovery schedule is modified as follows:

1. On or before July 29, 2010, fact discovery shall be completed;

2. On or before July 12, 2010, the parties shall exchange expert reports;

3. On or before September 17, 2010, expert discovery shall be completed; and

4. On or before September 30, 2010, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge