# In The United States Court of Federal Claims

No. 07-680C

(Filed: October 1, 2010)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Thursday, October 7, 2010, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

 

s/ Francis M. Allegra
Francis M. Allegra
Judge