# In The United States Court of Federal Claims

No. 07-680C

(Filed: October 7, 2010)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On October 7, 2010, a telephonic status conference was held in this case.  Participating in the conference were Laurence Schor, for plaintiff, and Leslie Ohta, for defendant.  Consistent with discussions during the conference, on or before October 25, 2010, the parties shall file a joint motion proposing an amended discovery and pre-trial schedule for this case.  The parties shall set forth all rationales for the proposed deadlines.

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge