# In The United States Court of Federal Claims

No. 07-680C

(Filed: October 25, 2010)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    On October 22, 2010, the parties filed a joint motion to amend the court's October 7, 2010, scheduling order.   The court adopts the parties' proposed schedule as follows:

1. On or before November 8, 2010, defendant's expert shall submit an amended report on reprocurement costs, overpayments, and damages;

2. On or before November 30, 2010, expert discovery shall be completed;

3. On or before December 15, 2010, the parties shall file all pre-trial motions;

4. On or before December 20, 2010, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial.  *See* RCFC, Appendix A, ¶ 13(a) and (b);

5. On or before January 13, 2011, the parties shall file a joint stipulation of facts in accordance with RCFC Appendix A, ¶ 17, and a joint exhibit list in accordance to RCFC Appendix A, ¶ 18;

6. On or before January 20, 2011, plaintiff shall file:

    a. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together

       with any applicable legal authority.  *See* Appendix A, ¶ 14(a);

    b.    A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15(a); and

    c.    A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

7.    On or before February 18, 2011, defendant shall file:

    a.    Its response to plaintiff's Memorandum of Contentions of Fact and Law.  *See* Appendix A, ¶ 14(b);

    b.    A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15; and

    c.    A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

8.    A pre-trial conference will be held on March 8, 2011, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference; and

9.    Trial in this case will commence at 10:00 a.m. (EST) on Monday, March 28, 2011, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005.  The courtroom location will be posted in the lobby on the day of trial.  The subsequent day of trial will begin at 9:00 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

                                     s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge