# In The United States Court of Federal Claims

No. 07-680C

(Filed:   February 17, 2011)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A pre-trial conference that was originally scheduled for March 8, 2011, has been rescheduled for March 15, 2011, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.   The courtroom location will be posted in the lobby on the day of the conference.

      **IT IS SO ORDERED.**

                      s/ Francis M. Allegra
                      Francis M. Allegra
                      Judge