# In The United States Court of Federal Claims

No. 07-680C

(Filed:  April 11, 2011)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     Trial in this case was held on April 4, 2011, through April 7, 2011.  During the trial, the court stated that it would take defendant's objection to Mr. DeClark's testimony into consideration.  To facilitate that consideration, on or before April 15, 2011, plaintiff shall file a copy of Mr. DeClark's deposition testimony.

    **IT IS SO ORDERED.**

                                      s/Francis M. Allegra
                                      Francis M. Allegra
                                      Judge