# In The United States Court of Federal Claims

No. 07-680C

(Filed: May 12, 2011)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 4, 2011, through April 7, 2011, the court held trial in this case in Washington, D.C. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings and any outstanding exhibits. The parties supplemented the trial record with the requested exhibits. Today, the court received a copy of the trial transcript. Proof in this case is now closed.

**IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge