# In The United States Court of Federal Claims

No. 07-680C

(Filed: May 12, 2011)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before June 27, 2011, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages;

2. On or before July 27, 2011, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages; and

3. After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge