# In The United States Court of Federal Claims

No. 07-680C

(Filed: June 15, 2011)
_____

5860 CHICAGO RIDGE, LLC.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

## ORDER
_____

On June 9, 2011, the parties filed a joint motion to have the trial transcript corrected and motion for appropriate schedule for filing post-trial briefs. Accordingly:

1.     On or before June 22, 2011, Heritage Reporting Company shall correct all errors in the trial transcript enumerated in Attachment A and provide the parties and court with corrected copies;

2.     On or before July 11, 2011, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages;

3.     On or before August 10, 2011, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages; and

4.     After replies have been filed, the court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge

**Attachment A**
**Edits to Transcript of 5860 Chicago Ridge v. United States, 07-680C**


| Pg:Ln | Requested Edit |
|---|---|
| 6:3 | "Moore" should be "Palmer" |
| 6:4 | "Leake" should be "D'Amico" |
| 7:9 | "which is actually so much larger" |
| 8:6 | lacks question mark |
| 9:7 | "we have full days mostly for tomorrow and  Friday"[1] |
| 10:24 | "regime" should be "routine" |
| 11:10 | "that" should be "as" |
| 14:16 | Second "66" should be "68" |
| 19:4 | "use" should be "used" |
| 34:19 | "an" should be "any"; "witness" should be "witnesses"; "needs" should be "need" |
| 36:17 | "pass" should be "past" |
| 38:15 | "all" should be capitalized |
| 51:16 | "I" should be "is" |
| 54:9 | "lead" should be "leak" |
| 56:23 | "Ken McClark" should be "Ken McLauchlan" |
| 56:25 | "Nick" should be "Nik" |
| 60:1 | "access" should be "excess" |
| 60:19 | The first "-A-" should be "-O-" |
| 61:6 | "MR. ICHOR" should be "MR. SCHOR" |
| 64:9 | "a" should be capitalized |
| 69:7 | "MR. ICHOR" should be "MR. SCHOR" |
| 69:24 | "MR. ICHOR" should be "MR. SCHOR" |
| 71:6 | "MR. ICHOR" should be "MR. SCHOR" |
| 73:14 | "MR. ICHOR" should be "MR. SCHOR" |
| 73:17 | "insulation" should be "installation" |
| 74:17 | "Skott" should be "Scott" |
| 76:24 | "Germain" should be "Jermaine" |
| 77:1 | "Germain" should be "Jermaine" |
| 77:19-21 | "Furruggia" should be "Farruggia" |
| 83:21 | "MR. ICHOR" should be "MR. SCHOR" |
| 88:4 | "MR. ICHOR" should be "MR. SCHOR" |
| 91:3 | "mr." should be capitalized |
| 93:24 | "MR. ICHOR" should be "MR. SCHOR" |
| 98:16 | "Furruggia" should be "Farruggia" |
| 99:3 | "Germain" should be "Jermaine" |
| 99:17 | "Furruggia" should be "Farruggia" |
| 100:6 | "MR. ICHOR" should be "MR. SCHOR" |
| 100:22 | "Furruggia" should be "Farruggia" |
| 101:1 | "Let's at P50" |

---

[1] Underlined text should be reviewed against the recording.

| | |
|---|---|
| 101:4 | "Germain" should be "Jermaine" |
| 101:9 | "Vance" should be "Bantz" |
| 101:12 | "Germain" should be "Jermaine" |
| 103:11 | "compose" should be "impose" |
| 104:11 | "MR. ICHOR" should be "MR. SCHOR" |
| 104:17 | "Germain" should be "Jermaine" |
| 104:20 | "IRS Inspections" should be "RIS Inspections" |
| 105:11 | Apostrophe after "here" should be removed |
| 105:14 | "Germain" should be "Jermaine" |
| 106:8 | "t" should be "to" |
| 107:17 | "a" before "process" |
| 107:18 | "limitation" should be "elimination" |
| 109:2 | "Germain" should be "Jermaine" |
| 109:22 | "Krummich" should be "Krummick" |
| 110:5 | "to get involved of" |
| 110:6 | "core" should be "more" |
| 110:8 | "AEXC" should be "AESC" |
| 110:13 | "AEXC" should be "AESC" |
| 110:21–111:2 | Review |
| 112:9 | "MR. ICHOR" should be "MR. SCHOR" |
| 112:23 | "room" should be "roof" |
| 196 | "Furruggia" should be "Farruggia" |
| 234:6 | "so" should be "some" |
| 235:11 | "Wooten" should be "Woten" |
| 235:14 | "Wooten" should be "Woten" |
| 245:9 | "all" should be capitalized |
| 245:18 | "molding" should be "mold" |
| 246:17 | "Profit" should be "Prophet" |
| 247:24 | "Tecona" should be "Dakona" |
| 248:5 | "Tecona" should be "Dakona" |
| 252:13 | "Tecona" should be "Dakona" |
| 254:1-5 | "Ashbury" should be ASHRAE |
| 258:10 | "Furruggia" should be "Farruggia" |
| 260:16,18,22 | "Furruggia" should be "Farruggia" |
| 260:24 | "self-exposed" should be "south exposed" |
| 261:16 | "funneled" should be "fountained" |
| 263:8 | "self-exposed" should be "south exposed" |
| 263:24 | "Furruggia" should be "Farruggia" |
| 264:23 | "Furruggia" should be "Farruggia" |
| 265:15 | "Furruggia" should be "Farruggia" |
| 277:11 | "paid" should be "laid" |
| 278:3 | "yes" should be capitalized |
| 278:25 | "no" |
| 283:10 | "Chicago land" should be "Chicagoland" |
| 285:20-21 | review |
| 286:6 | review |

| | |
|---|---|
| 286:18 | "on" should be "no" |
| 288:16 | "excavate" |
| 290:11 | "seams" should be "beams"; "constructural" should be "structural" |
| 293:9 | "Crummick" should be "Krummick"; "ADSC" should be "AESC" |
| 295:18 | "mr." should be capitalized |
| 295:19 | "Crummick" should be "Krummick" |
| 295:22 | "room" should be "roof" |
| 301:11 | "to" |
| 302:22 | "fingerprinting" |
| 304:14 | "the leak" |
| 304:18 | add "it" before "was" |
| 304:25 | "file" should be "tile" |
| 308:24 | "possible" should be "impossible" |
| 309:22 | "installation" should be "insulation" |
| 310:2 | "insults" |
| 311:3 | "Arch" should be "Arc" |
| 311:11 | "night" should be "might" |
| 313:22 | "order" should be "odor" |
| 316:11 | "4:36" should be "3:36" |
| 318:11 | "clocking" should be "caulking" |
| 320:1 | "Tecona" should be "Dakona" |
| 321:12 | "Germain" should be "Jermaine" |
| 322:4 | "Germain" should be "Jermaine" |
| 326:21 | "plays" should be "lays" |
| 340:7 | "$44,711" should be "$4,711" |
| 444:16,17 | "White" should be "Wight" |
| 445:18 | "ot" should be "to" |
| 450:13 | "estivate" should be "sublimate" |
| 452:25 | "contend" should be "content" |
| 453:1 | "due" should be "dew" |
| 454:6 | "DC" should be "DX" |
| 461:8 | "bring" should be "being" |
| 462:10 | "room" should be "roof" |
| 462:20 | "joyce" should be "joist" |
| 474:2 | "risky" not "riskier" |
| 485:24 | "went" should be "sent" |
| 491:1 | "filling towels" should be "ceiling tiles" |
| 492:6-7 | "visit default letter" |
| 499:16 | "him" should be "whom" |
| 501:20 | "Bentz" should be "Bantz" |
| 502:15 | "Vance" should be "Bantz" |
| 503:1 | "Bentz" should be "Bantz" |
| 503:10 | "his" should be "is" |
| 505:21 | "Full" should be "Poole" |
| 512:13 | "Long" should be "low" |
| 514:15 | "on" should be "one" |

| | |
|---|---|
| 517:22 | "Bentz" should be "Bantz"; "That" should be "There" |
| 517:20-518:2 | review |
| 518:2 | "Vance" should be "Bantz" |
| 524:12 | "ou" should be "you" |
| 532:18 | "continence" |
| 534:2,10 | "Bentz" should be "Bantz" |
| 535:3,5 | "Bentz" should be "Bantz" |
| 542:7 | "for" should be "forth" |
| 543:24 | "Bentz" should be "Bantz" |
| 554:16 | Erroneous ">" at end of sentence |
| 559:4 | "not" should be removed |
| 561:18 | "it" should be capitalized |
| 567:1 | "covered" |
| 567:16 | "One" should be "Once" |
| 567:16 | "week" |
| 567:24 | "character" should be "characterize" |
| 568:16-18 | review |
| 569:3,5 | "Bentz" should be "Bantz" |
| 571:6 | "grand jury room" |
| 577:22 | "Schor" should be "Palmer" |
| 578:8,9 | "twinkle" should be "trickle" |
| 578:16 | "cadenza" should be "credenza" |
| 579:3 | "leafs" should be "leaves" |
| 579:23 | "notion" should be "motion" |
| 582:6 | "i" should be "is" |
| 585:2 | "cadenza" should be "credenza" |
| 586:24 | "to" should be "do" |
| 602:12,17 | "Orlean" should be "Orland" |
| 603:12,15 | "Orlean" should be "Orland" |
| 603:13 | "is great for" |
| 606:4,8 | "AWSS" |
| 614:15 | "it" should be "there" |
| 614:16 | "ge" should be "get" |
| 615:2,3 | "Bentz" should be "Bantz" |
| 616:20 | "Espazito" should be "Esposito" |
| 624:13,19 | "Bentz" should be "Bantz" |
| 628:17 | "abduct" should be "duct" |
| 630:17 | "made" should be "may" |
| 634:25 | erroneous "m" before "or" |
| 637:2,6 | "McGlothin" should be "McLauchlan" |
| 637:3,6 | "Vigner" should be "Vigener" |
| 637:3,7 | "Reading" should be "Redding" |
| 753 | "McLaughlan" should be "McLauchlan" |
| 754 | "McLaughlan" should be "McLauchlan" |
| 759:8 | "could" should be "did" |
| 760:9 | "slope proof" should be "a sloped roof" |

| | |
|---|---|
| 762:5,6 | 3M should be "3DIM" |
| <u>762:23</u> | <u>"raw end"</u> |
| 763:10 | "maybe" should be "may be" |
| 764:14 | "3M" should be "3DIM" |
| <u>764:14</u> | <u>"schematically zero"</u> |
| 768:8 | missing close quote mark after roof |
| 768:16 | "Profit" should be "Prophet" |
| 768:23 | "RAS" should be "RIS" |
| 770:1 | "Profit" should be "Prophet" |
| 770:5 | "RAS" should be "RIS" |
| 770:13 | "comform" should be "conform" |
| 770:9,15 | "Farruggio" should be "Farruggia" |
| <u>771:2</u> | <u>"May"</u> |
| 772:6 | "Alcotech" should be "Arcotech" |
| 773:1 | "IRS" should be "RIS" |
| 774:14,22 | "Installation" should be "Insulation |
| 774:18 | "AESE" should be "AESC" |
| 774:18 | "architects" should be "Arcotech" |
| 774:23: | "Arthur Tech" should be "Arcotech" |
| 775:5 | "Profit" should be "Prophet" |
| 776:20 | "installation" should be "insulation" |
| <u>776:21</u> | <u>"epoxy drop ceiling"</u> |
| 777:2 | "Vulcan" should be "BOCA" |
| <u>778:7</u> | <u>"over top"</u> |
| 780:22 | "mold" should be "snow" |
| 781:11 | missing "not" before "differentiate" |
| 781:18 | "Profit" should be "Prophet" |
| 787:2 | "Vulcan" should be "BOCA" |
| 789:19 | "RIS counter" should be "IRS's tenancy" |
| 792:11 | "five" should be "fire" |
| 793:2 | "Farruggio" should be "Farruggia" |
| 798:7 | "MO" should be "ELMO" |
| 804:10 | "tell" should be "told" |
| 806:21 | "Profit" should be "Prophet" |
| 812:23 | "consistency" should be "consistent"; "was" should be "with" |
| <u>812:24</u> | <u>"dare"</u> |
| 813:8 | "insulation" should be "installation" |
| 814:20 | "belt" should be "build" |
| 821:17 | "not" is missing before "do" |
| 823:18 | "Hoffman" should be "Palmer" |
| 823:19,20 | "McLaughlan" should be "McLauchlan" |
| 824-867 | Header on all pages reads "McLaughlan"-- should be "McLauchlan" |
| 824:2,11,12,18 | "McLaughlan" should be "McLauchlan" |
| 825:2,25 | "McLaughlan" should be "McLauchlan" |
| 826:9 | "McLaughlan" should be "McLauchlan" |
| 827:2,8 | "McLaughlan" should be "McLauchlan" |

| | |
|---|---|
| 827:23 | "plaintiff" should be "plaintiff's" |
| 827:24 | "defendant" should be "defendant's" |
| 828:9 | "McLaughlan" should be "McLauchlan" |
| 829:14 | "ASHRAE rate 75" should be "ASHRAE 55" |
| 831:9 | "McLaughlan" should be "McLauchlan" |
| 832:8 | "complains" should be "complaints" |
| 833:20 | "placements" |
| 834:15 | "pulling" should be "polling" |
| 837:21 | "McLaughlan" should be "McLauchlan" |
| 837:23 | "flow" should be "blow" |
| 839:9 | "reinstalled" should be "installed" |
| 842:10 | "thermal unit" should be capitalized |
| 843:25 | "a plan" should be "to me" |
| 846:20 | "McLaughlan" should be "McLauchlan" |
| 847:10 | "McLaughlan" should be "McLauchlan" |
| 850:2 | "gone" should be "done a" |
| 850:13 | "particular," |
| 857:7 | delete "in" |
| 861:23 | "us" should be "is" |
| 864:3 | "there" |
| 865:1 | "would" |
| 869:21 | "pretty" |
| 882:22 | "start" should be "Stark" |
| 883:13 | "start" should be "Stark" |
| 884:2 | "approved" should be "improved" |
| 895:2 | "improvement" should be "opinion" |
| 896:3 | "term" should be "firm" |
| 896:12 | "increased" should be "increases" |
| 896:21 | "increased" should be "increase" |
| 897:10 | "received" |
| 899:1 | review |
| 901:19 | "cannot" should be "did not" |
| 902:14-15 | review |
| 902:16 | "deflected" should be "deducted" |
| 903:12-13 | review |
| 903:20 | "core pass" should be "Korcapz" |
| 904:1 | "attorney" |
| 904:4 | "houses per foot user" |
| 907:9 | "protective black loan" |
| 907:15 | "diffusance" should be "defeasance" |
| 908:6 | "time to actual pay out" |
| 908:15 | "lending lease" |
| 908:16 | "half of 9 percent" |
| 911:22 | "the see" |
| 913:12 | "relevant" should be "irrelevant" |
| 913:20 | "based" should be "base" |

| | |
|---|---|
| <u>916:2</u> | <u>"Daniel Group"</u> |
| <u>919:10</u> | <u>"what caused the loss"</u> |
| <u>919:22</u> | <u>"2009"</u> |
| <u>922:4</u> | <u>"2005"</u> |
| 928:1 | "K" should be lower case |
| <u>929:23</u> | <u>review</u> |
| 930:16 | second "or" should be "for" |
| <u>937:4</u> | <u>"filed the proposals when compared"</u> |
| 940:8 | "is" should be "as" |
| <u>940:17</u> | <u>"fluid"</u> |
| <u>942:18</u> | <u>"livation"</u> |
| 951:11-13 | "why" should be "the one" |
| 952:14 -954:8 | identification of the Court and the Witness is confused. |
| 957:16,18 | "call in" should be "shorten" |
| 963:12 | "expense" should be "expenses" |
| <u>964:14-16</u> | <u>review</u> |
| 967:12 | "exposed" should be "as close" |
| 980:16 | "surface" should be "service" |
| <u>984:6</u> | <u>"of tractor"</u> |
| 989:15 | "am" should be "as" |
| <u>994:4</u> | <u>"36"</u> |
| 994:10 | "prepare" should be "compare" |
| <u>997:20</u> | <u>"similar"</u> |
| <u>1000:6</u> | <u>review</u> |
| <u>1007:1</u> | <u>"dissimilar"</u> |
| <u>1009:10</u> | <u>review</u> |
| 1010:11 | "ito" should be "into" |
| <u>1010:13</u> | <u>"I do the ads precise"</u> |
| 1015:15,19 | "seriatum" should be "seriatim" |

Adam Currin's name is misspelled throughout