# In The United States Court of Federal Claims

No. 07-680C

(Filed: August 30, 2011)

_____

5860 CHICAGO RIDGE, LLC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Closing argument will be held in this case on Thursday, October 6, 2011, at 10:00 a.m. (EDT), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

    **IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge