# In The United States Court of Federal Claims

No. 07-680C

(Filed: October 14, 2011)

_____

5860 CHICAGO RIDGE, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     As discussed at the closing argument, held on October 6, 2011, in order to provide the court with a clearer sense of where leaks were encountered and how frequently they occurred, a final post-trial filing is hereby ordered as follows:

1. On or before October 31, 2011, the parties shall file a diagram of the second floor of 5860 Chicago Ridge, color-coded to illustrate the date(s) of leaks occurring on that floor;

2. The parties shall agree upon and use an identical diagram;

3. That diagram shall be color-coded such that areas affected by leaks in 2004 are identified with green, those leaks that occurred in 2005 are shown in yellow, leaks in 2006 are in pink, and areas that suffered leaks during 2007 are highlighted in blue; and

4. Any area of the second floor of 5860 Chicago Ridge that was affected by leaks in multiple years should be in orange, without any distinction based on the severity or frequency of the leaking.

    **IT IS SO ORDERED.**

                                                  s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge