# In The United States Court of Federal Claims

No. 07-680C

(Filed: April 13, 2012)

_____

5860 CHICAGO RIDGE, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On or before April 17, 2012, the parties shall each file a status report confirming their view as to whether (and, if relevant, when) their respective experts' reports – and the specific attachments thereto – were received into evidence. The parties should note that the court will not receive any new documents into evidence at this time.

    **IT IS SO ORDERED.**

                                                   s/Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge