# In The United States Court of Federal Claims

No. 07-680C and 09-576C

(Filed:  April 30, 2012)

_____

5860 CHICAGO RIDGE, LLC,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ERRATA**

_____

Please make the following correction to the opinion filed on April 27, 2012:

On page 40, in the first paragraph under subheading "Conclusion", the word "happen" should be changed to "happens."

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge